Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kenny E. Morrow** <br> **Tammy L. Morrow** <br> **aka Tammy Fitch** <br> *Debtor(s)* | : <br> : <br> : <br> : <br> : | Case No. 17−10346−TPA <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** <br> *Movant(s),* | : <br> : <br> : | Related to Document No. 79 |
| v. <br> **No Respondents** <br> *Respondent(s).* | : <br> : <br> : <br> : | Hearing Date: 9/14/22 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 27th of June, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 79 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before August 11, 2022*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *September 14, 2022 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10346-TPA |
| Kenny E. Morrow | Chapter 13 |
| Tammy L. Morrow | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 27, 2022 | Form ID: 300b | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenny E. Morrow, Tammy L. Morrow, 23256 Thomas Road, Cambridge Springs, PA 16403-3350 |
| 14396491 | | Associated Clinical Laboratories, PO Box 740631, Cincinnati, OH 45274-0631 |
| 14396492 | + | Beautiful Smiles Childrens Dental Health, 5125 Zuck Road, Erie, PA 16506-4941 |
| 14396493 | + | Cambria Area Volunteer Ambulance, c/o Schlesinger & Kerstetter LLP, 545 N 2nd Street, Shamokin, PA 17872-5148 |
| 14396494 | + | Capital One Bank USA NA, c/o Selip & Stylianou LLP, 199 Crossways Park Drive, Woodbury, NY 11797-2016 |
| 14683837 | | Children's Hospital of Pittsburgh of UPMC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14396496 | | Citgo/SYNCB, PO Box 530938, Atlanta, GA 30353-0938 |
| 14396498 | | David S. Terfel, 910 N High Street, Waterford, PA 16441 |
| 14396503 | + | Meadville Area Ambulance Service, PO Box 90, Danville, PA 17821-0090 |
| 14396504 | + | Meadville Cardiology Consultants, PO Box 6041, Hermitage, PA 16148-1041 |
| 14396507 | + | Medicor Associates, 3330 Peach Street, Erie, PA 16508-2772 |
| 14396508 | + | Nelnet, US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |
| 14396511 | + | PA Liberty Street Emerg Physicians, PO Box 37996, Philadelphia, PA 19101-0596 |
| 14396514 | + | Richard J. Boudreau & Associates, 6 Manor Pkwy, Salem, NH 03079-2841 |
| 14396517 | + | Stay at Home Storage, 769 Martz Road, Sligo, PA 16255-3429 |
| 14660954 | | UPMC Community Medicine, PO Box 1123, Minneapolis MN 55440-1123 |
| 14396522 | + | UPMC Community Medicine, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14660960 | | UPMC Hamot, PO Box 1123, Minneapolis MN 55440-1123 |
| 14683839 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14396521 | + | University of Pittsburgh Physicians, c/o Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 14396526 | + | Wells Fargo Home Mortgage, PO Box 11701, Newark, NJ 07101-4701 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2022 23:50:54 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2022 23:50:53 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bncmail@w-legal.com | Jun 27 2022 23:48:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14396490 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2022 23:48:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14410485 | | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2022 23:48:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14637225 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 17-10346-TPA   Doc 81   Filed 06/29/22   Entered 06/30/22 00:25:21   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2022 | Form ID: 300b | Total Noticed: 60 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Jun 27 2022 23:51:11 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14660121 | Email/PDF: bncnotices@becket-lee.com | Jun 27 2022 23:51:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14678141 | + Email/Text: bankruptcy@cavps.com | Jun 27 2022 23:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14677211 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2022 23:48:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14396497 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jun 27 2022 23:49:00 | Credit Collection Services, PO Box 55126, Boston, MA 02205-5126 |
| 14396502 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2022 00:01:43 | Macy's, PO Box 9001094, Louisville, KY 40290 |
| 14682502 | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2022 23:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14396499 | Email/Text: bnc-bluestem@quantum3group.com | Jun 27 2022 23:49:00 | Gettington, PO Box 166, Newark, NJ 07101-0166 |
| 14396500 | + Email/Text: paparalegals@pandf.us | Jun 27 2022 23:49:00 | Gregg Morris, Esquire, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14396495 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2022 23:51:02 | Chase/Best Buy, 800 Brooksedge Blvd., Westerville, OH 43081 |
| 14396501 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 27 2022 23:48:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14686678 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2022 23:50:54 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15047331 | Email/Text: camanagement@mtb.com | Jun 27 2022 23:48:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 14678144 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2022 23:48:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14396505 | + Email/Text: Bankruptcies@nragroup.com | Jun 27 2022 23:49:00 | Meadville Diagnostic, c/o National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 14396506 | Email/Text: mwetherbee@mmchs.org | Jun 27 2022 23:48:54 | Meadville Medical Center, PO Box 6008, Hermitage, PA 16148-1008 |
| 14641119 | Email/PDF: cbp@onemainfinancial.com | Jun 27 2022 23:50:52 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14396510 | + Email/PDF: cbp@onemainfinancial.com | Jun 27 2022 23:50:52 | One Main Financial, 281 Norht Street, Meadville, PA 16335-2521 |
| 14396512 | + Email/Text: bankruptcydepartment@tsico.com | Jun 27 2022 23:49:00 | PA Liberty Street Emerg Physicians, c/o Transworld Systems Inc, PO Box 15609, Wilmington, DE 19850-5609 |
| 14935360 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2022 23:51:12 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14687682 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2022 23:51:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14398027 | + Email/PDF: rmscedi@recoverycorp.com | Jun 27 2022 23:50:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14396513 | + Email/PDF: gecsedi@recoverycorp.com | Jun 27 2022 23:50:53 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14416629 | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2022 23:48:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14396516 | | Email/Text: home.cu-collections.272o24@statefarm.com Jun 27 2022 23:48:00 | | State Farm Federal Credit Union, PO Box 853944, Richardson, TX 75085 |
| 14951964 | + | Email/Text: bncmail@w-legal.com Jun 27 2022 23:48:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14396518 | | Email/PDF: gecsedi@recoverycorp.com Jun 27 2022 23:51:11 | | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14396519 | | Email/PDF: gecsedi@recoverycorp.com Jun 27 2022 23:51:03 | | Synchrony Bank/Dick's Sporting Goods, PO Box 530916, Atlanta, GA 30353-0916 |
| 14650443 | + | Email/Text: bncmail@w-legal.com Jun 27 2022 23:48:00 | | TD Bank USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14396520 | + | Email/Text: bncmail@w-legal.com Jun 27 2022 23:48:00 | | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14417354 | + | Email/Text: electronicbkydocs@nelnet.net Jun 27 2022 23:48:00 | | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14396523 | ^ | MEBN Jun 27 2022 23:44:50 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14644566 | + | Email/PDF: ebn_ais@aisinfo.com Jun 27 2022 23:50:53 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14396524 | | Email/PDF: gecsedi@recoverycorp.com Jun 27 2022 23:51:02 | | Wal-Mart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14415261 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com Jun 28 2022 12:45:59 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | | WELLS FARGO BANK, N.A. |
| 14396509 | | OB/GYN Associates of Erie, c/o Commercial Accpetance, PA |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14396525 | * | Wal-Mart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14396515 | ##+ | St. Vincent Institute, 3530 Peach Sreet, Suite LL1, Erie, PA 16508-2768 |
| 14415261 | ##+ | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 3 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2022    Signature:    /s/Gustava Winters

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2022 | Form ID: 300b | Total Noticed: 60 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Lauren M. Lamb | on behalf of Debtor Kenny E. Morrow julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Tammy L. Morrow julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6