**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KENNY E. MORROW<br>TAMMY L. MORROW<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:17-10346 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 27, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/05/2017 and confirmed on 6/7/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 132,649.00 |
| Less Refunds to Debtor | 988.38 | |
| TOTAL AMOUNT OF PLAN FUND | | 131,660.62 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,400.00 | |
|   Trustee Fee | 6,007.26 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,407.26 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 44,313.28 | 0.00 | 44,313.28 |
|     Acct: 9710 | | | | |
|   STAY AT HOME STORAGE | 1,478.74 | 1,478.74 | 0.00 | 1,478.74 |
|     Acct: | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - A | 40,253.14 | 40,253.14 | 10,518.12 | 50,771.26 |
|     Acct: 5094 | | | | |
| | | | | 96,563.28 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNY E. MORROW | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNY E. MORROW | 988.38 | 988.38 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXX2/22 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ASSOCIATED CLINICAL LABORATORY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BEAUTIFUL SMILES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4143 | | | | |
|   CAMBRIDGE AREA VOL AMBULANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7441 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 945.46 | 202.44 | 0.00 | 202.44 |
|     Acct: 8999 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,865.84 | 399.51 | 0.00 | 399.51 |
|     Acct: 6998 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 1221 | | | | |
| CREDIT COLLECTION SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID TERFEL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7578 | | | | |
| CAPITAL ONE NA** | 288.33 | 61.74 | 0.00 | 61.74 |
| Acct: 7091 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 232.28 | 49.74 | 0.00 | 49.74 |
| Acct: 6744 | | | | |
| MEADVILLE AREA AMBULANCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4125 | | | | |
| MEADVILLE CARDIOLOGY CONSULTAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: E000 | | | | |
| MEADVILLE DIAGNOSTIC MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3147 | | | | |
| MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MEDICOR ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US DEPARTMENT OF EDUCATION | 78,512.78 | 16,811.16 | 0.00 | 16,811.16 |
| Acct: 0874 | | | | |
| OB GYN ASSOCIATES OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: P009 | | | | |
| ONE MAIN FINANCIAL INC A/S/F WELLS F/ | 11,231.59 | 2,404.91 | 0.00 | 2,404.91 |
| Acct: 5813 | | | | |
| PA LIBERTY STREET EMERGENCY PHYSI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9990 | | | | |
| PA LIBERTY STREET EMERGENCY PHYSI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9012 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY B/ | 715.56 | 153.22 | 0.00 | 153.22 |
| Acct: 7904 | | | | |
| BOUDREAU & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9515 | | | | |
| ST VINCENT INSTITUTE*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STATE FARM FCU | 10,200.00 | 2,184.02 | 0.00 | 2,184.02 |
| Acct: 2045 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8162 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 1,144.83 | 245.13 | 0.00 | 245.13 |
| Acct: 2156 | | | | |
| TD BANK USA NA** | 351.18 | 75.19 | 0.00 | 75.19 |
| Acct: 0842 | | | | |
| UNIVERSITY OF PITTSBURGH PHYSICIAN | 166.58 | 35.67 | 0.00 | 35.67 |
| Acct: 0874 | | | | |
| UPMC COMMUNITY MEDICINE | 829.17 | 177.54 | 0.00 | 177.54 |
| Acct: 3408 | | | | |
| UPMC HAMOT | 1,228.75 | 263.10 | 0.00 | 263.10 |
| Acct: 8434 | | | | |
| MIDLAND FUNDING LLC | 981.52 | 210.16 | 0.00 | 210.16 |
| Acct: 1245 | | | | |
| MIDLAND FUNDING LLC | 915.66 | 196.06 | 0.00 | 196.06 |
| Acct: 5061 | | | | |
| QUANTUM3 GROUP LLC AGNT - CROWN / | 333.63 | 71.44 | 0.00 | 71.44 |
| Acct: 5107 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC/ | 486.47 | 104.16 | 0.00 | 104.16 |
| Acct: 1716 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 515.33 | 110.34 | 0.00 | 110.34 |

17-10346 TPA                                                                                         Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0001 | | | | |
| | MIDLAND FUNDING LLC | 922.99 | 197.63 | 0.00 | 197.63 |
| | Acct: 8756 | | | | |
| | CHILDRENS HOSPITAL OF PITTSBURGH ( | 758.30 | 162.37 | 0.00 | 162.37 |
| | Acct: 0874 | | | | |
| | UPMC HAMOT | 410.70 | 87.94 | 0.00 | 87.94 |
| | Acct: 0874 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 2,272.59 | 486.61 | 0.00 | 486.61 |
| | Acct: 7886 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | JILL MANUEL-COUGHLIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STAY AT HOME STORAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GREGG L MORRIS ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 24,690.08 |

| TOTAL PAID TO CREDITORS | | | 121,253.36 |
|---|---|---|---:|

TOTAL CLAIMED
PRIORITY            0.00
SECURED       41,731.88
UNSECURED    115,309.54

Date: 06/27/2022                                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

Case 17-10346-TPA   Doc 82   Filed 06/30/22   Entered 07/01/22 00:28:55   Desc Imaged
Certificate of Notice   Page 4 of 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   KENNY E. MORROW
   TAMMY L. MORROW
        Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:17-10346 TPA

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10346-TPA |
| Kenny E. Morrow | Chapter 13 |
| Tammy L. Morrow | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenny E. Morrow, Tammy L. Morrow, 23256 Thomas Road, Cambridge Springs, PA 16403-3350 |
| 14396491 | | Associated Clinical Laboratories, PO Box 740631, Cincinnati, OH 45274-0631 |
| 14396492 | + | Beautiful Smiles Childrens Dental Health, 5125 Zuck Road, Erie, PA 16506-4941 |
| 14396493 | + | Cambria Area Volunteer Ambulance, c/o Schlesinger & Kerstetter LLP, 545 N 2nd Street, Shamokin, PA 17872-5148 |
| 14396494 | + | Capital One Bank USA NA, c/o Selip & Stylianou LLP, 199 Crossways Park Drive, Woodbury, NY 11797-2016 |
| 14683837 | | Children's Hospital of Pittsburgh of UPMC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14396496 | | Citgo/SYNCB, PO Box 530938, Atlanta, GA 30353-0938 |
| 14396498 | | David S. Terfel, 910 N High Street, Waterford, PA 16441 |
| 14396503 | + | Meadville Area Ambulance Service, PO Box 90, Danville, PA 17821-0090 |
| 14396504 | + | Meadville Cardiology Consultants, PO Box 6041, Hermitage, PA 16148-1041 |
| 14396507 | + | Medicor Associates, 3330 Peach Street, Erie, PA 16508-2772 |
| 14396508 | + | Nelnet, US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |
| 14396511 | + | PA Liberty Street Emerg Physicians, PO Box 37996, Philadelphia, PA 19101-0596 |
| 14396514 | + | Richard J. Boudreau & Associates, 6 Manor Pkwy, Salem, NH 03079-2841 |
| 14396517 | + | Stay at Home Storage, 769 Martz Road, Sligo, PA 16255-3429 |
| 14660954 | | UPMC Community Medicine, PO Box 1123, Minneapolis MN 55440-1123 |
| 14396522 | + | UPMC Community Medicine, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14660960 | | UPMC Hamot, PO Box 1123, Minneapolis MN 55440-1123 |
| 14683839 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14396521 | + | University of Pittsburgh Physicians, c/o Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 14396526 | + | Wells Fargo Home Mortgage, PO Box 11701, Newark, NJ 07101-4701 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 00:08:20 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:08:04 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bncmail@w-legal.com | Jun 29 2022 00:09:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14396490 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:08:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14410485 | | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:08:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14637225 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14660121 | | Email/PDF: bncnotices@becket-lee.com | Jun 29 2022 00:08:15 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14678141 | + | Email/Text: bankruptcy@cavps.com | Jun 29 2022 00:07:50 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14677211 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14396497 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 29 2022 00:09:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14396502 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:09:00 | Credit Collection Services, PO Box 55126, Boston, MA 02205-5126 |
| 14682502 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:18:43 | Macy's, PO Box 9001094, Louisville, KY 40290 |
| 14396499 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 29 2022 00:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14396500 | + | Email/Text: paparalegals@pandf.us | Jun 29 2022 00:09:00 | Gettington, PO Box 166, Newark, NJ 07101-0166 |
| 14396495 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 00:09:00 | Gregg Morris, Esquire, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14396501 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2022 00:07:58 | Chase/Best Buy, 800 Brooksedge Blvd., Westerville, OH 43081 |
| 14686678 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 00:08:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| | | | Jun 29 2022 00:08:07 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15047331 | | Email/Text: camanagement@mtb.com | Jun 29 2022 00:09:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 14678144 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2022 00:09:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14396505 | + | Email/Text: Bankruptcies@nragroup.com | Jun 29 2022 00:09:00 | Meadville Diagnostic, c/o National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 14396506 | | Email/Text: mwetherbee@mmchs.org | Jun 29 2022 00:09:00 | Meadville Medical Center, PO Box 6008, Hermitage, PA 16148-1008 |
| 14641119 | | Email/PDF: cbp@onemainfinancial.com | Jun 29 2022 00:08:11 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14396510 | + | Email/PDF: cbp@onemainfinancial.com | Jun 29 2022 00:07:58 | One Main Financial, 281 Norht Street, Meadville, PA 16335-2521 |
| 14396512 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 29 2022 00:09:00 | PA Liberty Street Emerg Physicians, c/o Transworld Systems Inc, PO Box 15609, Wilmington, DE 19850-5609 |
| 14935360 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:08:18 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14687682 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:07:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14398027 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2022 00:08:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14396513 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:13 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14416629 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:09:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 17-10346-TPA    Doc 82    Filed 06/30/22    Entered 07/01/22 00:28:55    Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 60 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14396516 | | Email/Text: home.cu-collections.272o24@statefarm.com | Jun 29 2022 00:08:00 | State Farm Federal Credit Union, PO Box 853944, Richardson, TX 75085 |
| 14951964 | + | Email/Text: bncmail@w-legal.com | Jun 29 2022 00:09:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14396518 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:07:44 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14396519 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:13 | Synchrony Bank/Dick's Sporting Goods, PO Box 530916, Atlanta, GA 30353-0916 |
| 14650443 | + | Email/Text: bncmail@w-legal.com | Jun 29 2022 00:09:00 | TD Bank USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14396520 | + | Email/Text: bncmail@w-legal.com | Jun 29 2022 00:09:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14417354 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 29 2022 00:09:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14396523 | ^ | MEBN | Jun 29 2022 00:05:04 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14644566 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 00:08:07 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14396524 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:13 | Wal-Mart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14415261 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 29 2022 12:04:39 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | | WELLS FARGO BANK, N.A. |
| 14396509 | | OB/GYN Associates of Erie, c/o Commercial Accpetance, PA |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14396525 | * | Wal-Mart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14396515 | ##+ | St. Vincent Institute, 3530 Peach Sreet, Suite LL1, Erie, PA 16508-2768 |
| 14415261 | ##+ | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 3 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Lauren M. Lamb | on behalf of Debtor Kenny E. Morrow julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Tammy L. Morrow julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6