| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kenny E. Morrow<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–8434<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Tammy L. Morrow<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–0874<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  17–10346–TPA | | |

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kenny E. Morrow

Tammy L. Morrow
aka Tammy Fitch

<u>8/26/22</u>

**By the court:** <u>Thomas P. Agresti</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kenny E. Morrow  
Tammy L. Morrow  
    Debtors

Case No. 17-10346-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4  
Date Rcvd: Aug 26, 2022      Form ID: 3180W      Total Noticed: 63

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenny E. Morrow, Tammy L. Morrow, 23256 Thomas Road, Cambridge Springs, PA 16403-3350 |
| 14396491 | | Associated Clinical Laboratories, PO Box 740631, Cincinnati, OH 45274-0631 |
| 14396492 | + | Beautiful Smiles Childrens Dental Health, 5125 Zuck Road, Erie, PA 16506-4941 |
| 14396493 | + | Cambria Area Volunteer Ambulance, c/o Schlesinger & Kerstetter LLP, 545 N 2nd Street, Shamokin, PA 17872-5148 |
| 14396494 | + | Capital One Bank USA NA, c/o Selip & Stylianou LLP, 199 Crossways Park Drive, Woodbury, NY 11797-2016 |
| 14683837 | | Children's Hospital of Pittsburgh of UPMC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14396496 | | Citgo/SYNCB, PO Box 530938, Atlanta, GA 30353-0938 |
| 14396498 | | David S. Terfel, 910 N High Street, Waterford, PA 16441 |
| 14396503 | + | Meadville Area Ambulance Service, PO Box 90, Danville, PA 17821-0090 |
| 14396504 | + | Meadville Cardiology Consultants, PO Box 6041, Hermitage, PA 16148-1041 |
| 14396507 | + | Medicor Associates, 3330 Peach Street, Erie, PA 16508-2772 |
| 14396508 | + | Nelnet, US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |
| 14396511 | + | PA Liberty Street Emerg Physicians, PO Box 37996, Philadelphia, PA 19101-0596 |
| 14396514 | + | Richard J. Boudreau & Associates, 6 Manor Pkwy, Salem, NH 03079-2841 |
| 14396517 | + | Stay at Home Storage, 769 Martz Road, Sligo, PA 16255-3429 |
| 14396522 | + | UPMC Community Medicine, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14660954 | | UPMC Community Medicine, PO Box 1123, Minneapolis MN 55440-1123 |
| 14660960 | | UPMC Hamot, PO Box 1123, Minneapolis MN 55440-1123 |
| 14396521 | + | University of Pittsburgh Physicians, c/o Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 14683839 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Aug 27 2022 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 26 2022 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Aug 27 2022 03:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 26 2022 23:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2022 00:00:33 | LVNV Funding LLC, c/o Resurgent Capital |

Case 17-10346-TPA    Doc 85    Filed 08/28/22    Entered 08/29/22 00:25:28    Desc Imaged
                        Certificate of Notice    Page 4 of 6

| District/off: 0315-1 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 26, 2022 | Form ID: 3180W | Total Noticed: 63 |

| | | | |
| --- | --- | --- | --- |
| | | | Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + EDI: PRA.COM | Aug 27 2022 03:58:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + Email/Text: bncmail@w-legal.com | Aug 26 2022 23:56:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14396490 | + EDI: GMACFS.COM | Aug 27 2022 03:58:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14410485 | EDI: GMACFS.COM | Aug 27 2022 03:58:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14637225 | EDI: CAPITALONE.COM | Aug 27 2022 03:58:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14660121 | Email/PDF: bncnotices@becket-lee.com | Aug 27 2022 00:00:45 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14678141 | + Email/Text: bankruptcy@cavps.com | Aug 26 2022 23:57:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14677211 | + EDI: WFNNB.COM | Aug 27 2022 03:58:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14396497 | + EDI: CCS.COM | Aug 27 2022 03:58:00 | Credit Collection Services, PO Box 55126, Boston, MA 02205-5126 |
| 14396502 | + EDI: CITICORP.COM | Aug 27 2022 03:58:00 | Macy's, PO Box 9001094, Louisville, KY 40290 |
| 14682502 | EDI: Q3G.COM | Aug 27 2022 03:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14396499 | EDI: BLUESTEM | Aug 27 2022 03:58:00 | Gettington, PO Box 166, Newark, NJ 07101-0166 |
| 14396500 | + Email/Text: paparalegals@pandf.us | Aug 26 2022 23:57:00 | Gregg Morris, Esquire, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14396495 | EDI: JPMORGANCHASE | Aug 27 2022 03:58:00 | Chase/Best Buy, 800 Brooksedge Blvd., Westerville, OH 43081 |
| 14396501 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 26 2022 23:56:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14686678 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2022 00:00:32 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15047331 | Email/Text: camanagement@mtb.com | Aug 26 2022 23:56:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 14678144 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2022 23:56:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14396505 | + Email/Text: Bankruptcies@nragroup.com | Aug 26 2022 23:57:00 | Meadville Diagnostic, c/o National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 14396506 | Email/Text: mwetherbee@mmchs.org | Aug 26 2022 23:57:00 | Meadville Medical Center, PO Box 6008, Hermitage, PA 16148-1008 |
| 14641119 | EDI: AGFINANCE.COM | Aug 27 2022 03:58:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14396510 | + EDI: AGFINANCE.COM | Aug 27 2022 03:58:00 | One Main Financial, 281 Norht Street, Meadville, PA 16335-2521 |
| 14396512 | + Email/Text: bankruptcydepartment@tsico.com | Aug 26 2022 23:57:00 | PA Liberty Street Emerg Physicians, c/o Transworld Systems Inc, PO Box 15609, Wilmington, DE 19850-5609 |

Case 17-10346-TPA   Doc 85   Filed 08/28/22   Entered 08/29/22 00:25:28   Desc Imaged
                              Certificate of Notice   Page 5 of 6

| District/off: 0315-1 | User: auto | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 26, 2022 | Form ID: 3180W | Total Noticed: 63 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 14935360 | | EDI: PRA.COM | Aug 27 2022 03:58:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14687682 | | EDI: PRA.COM | Aug 27 2022 03:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14398027 | + | EDI: RECOVERYCORP.COM | Aug 27 2022 03:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14396513 | + | EDI: RMSC.COM | Aug 27 2022 03:58:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14416629 | | EDI: Q3G.COM | Aug 27 2022 03:58:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14396516 | | Email/Text: home.cu-collections.272o24@statefarm.com | Aug 26 2022 23:56:00 | State Farm Federal Credit Union, PO Box 853944, Richardson, TX 75085 |
| 14951964 | + | Email/Text: bncmail@w-legal.com | Aug 26 2022 23:56:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14396518 | | EDI: RMSC.COM | Aug 27 2022 03:58:00 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14396519 | | EDI: RMSC.COM | Aug 27 2022 03:58:00 | Synchrony Bank/Dick's Sporting Goods, PO Box 530916, Atlanta, GA 30353-0916 |
| 14650443 | + | Email/Text: bncmail@w-legal.com | Aug 26 2022 23:56:00 | TD Bank USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14396520 | + | EDI: WTRRNBANK.COM | Aug 27 2022 03:58:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14417354 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 26 2022 23:56:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14396523 | ^ | MEBN | Aug 26 2022 23:53:09 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14644566 | + | EDI: AIS.COM | Aug 27 2022 03:58:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14396524 | | EDI: RMSC.COM | Aug 27 2022 03:58:00 | Wal-Mart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14415261 | + | EDI: WFHOME | Aug 27 2022 03:58:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14396526 | + | EDI: WFFC.COM | Aug 27 2022 03:58:00 | Wells Fargo Home Mortgage, PO Box 11701, Newark, NJ 07101-4701 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | M&T BANK |
| cr | | WELLS FARGO BANK, N.A. |
| 14396509 | | OB/GYN Associates of Erie, c/o Commercial Accpetance, PA |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14396525 | * | Wal-Mart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14396515 | ##+ | St. Vincent Institute, 3530 Peach Sreet, Suite LL1, Erie, PA 16508-2768 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 26, 2022 | Form ID: 3180W | Total Noticed: 63 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Lauren M. Lamb | on behalf of Debtor Kenny E. Morrow julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Tammy L. Morrow julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6