**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/26/22 11:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
KENNY E. MORROW
TAMMY L. MORROW
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-10346 TPA

Chapter 13

Document No.: 79

**ORDER OF COURT**

AND NOW, this \_\_\_\_26th\_\_\_\_ day of \_\_\_\_August\_\_\_\_, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                   Case No. 17-10346-TPA

Kenny E. Morrow                                    Chapter 13

Tammy L. Morrow

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                             User: auto                                   Page 1 of 4

Date Rcvd: Aug 26, 2022                  Form ID: pdf900                        Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenny E. Morrow, Tammy L. Morrow, 23256 Thomas Road, Cambridge Springs, PA 16403-3350 |
| 14396491 | | Associated Clinical Laboratories, PO Box 740631, Cincinnati, OH 45274-0631 |
| 14396492 | + | Beautiful Smiles Childrens Dental Health, 5125 Zuck Road, Erie, PA 16506-4941 |
| 14396493 | + | Cambria Area Volunteer Ambulance, c/o Schlesinger & Kerstetter LLP, 545 N 2nd Street, Shamokin, PA 17872-5148 |
| 14396494 | + | Capital One Bank USA NA, c/o Selip & Stylianou LLP, 199 Crossways Park Drive, Woodbury, NY 11797-2016 |
| 14683837 | | Children's Hospital of Pittsburgh of UPMC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14396496 | | Citgo/SYNCB, PO Box 530938, Atlanta, GA 30353-0938 |
| 14396498 | | David S. Terfel, 910 N High Street, Waterford, PA 16441 |
| 14396503 | + | Meadville Area Ambulance Service, PO Box 90, Danville, PA 17821-0090 |
| 14396504 | + | Meadville Cardiology Consultants, PO Box 6041, Hermitage, PA 16148-1041 |
| 14396507 | + | Medicor Associates, 3330 Peach Street, Erie, PA 16508-2772 |
| 14396508 | + | Nelnet, US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |
| 14396511 | + | PA Liberty Street Emerg Physicians, PO Box 37996, Philadelphia, PA 19101-0596 |
| 14396514 | + | Richard J. Boudreau & Associates, 6 Manor Pkwy, Salem, NH 03079-2841 |
| 14396517 | + | Stay at Home Storage, 769 Martz Road, Sligo, PA 16255-3429 |
| 14396522 | + | UPMC Community Medicine, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14660954 | | UPMC Community Medicine, PO Box 1123, Minneapolis MN 55440-1123 |
| 14660960 | | UPMC Hamot, PO Box 1123, Minneapolis MN 55440-1123 |
| 14396521 | + | University of Pittsburgh Physicians, c/o Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 14683839 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14396526 | + | Wells Fargo Home Mortgage, PO Box 11701, Newark, NJ 07101-4701 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2022 00:00:33 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2022 00:00:37 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bncmail@w-legal.com | Aug 26 2022 23:56:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14396490 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 26 2022 23:56:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14410485 | | Email/Text: ally@ebn.phinsolutions.com | Aug 26 2022 23:56:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14637225 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 17-10346-TPA   Doc 86   Filed 08/28/22   Entered 08/29/22 00:25:28   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2022 | Form ID: pdf900 | Total Noticed: 61 |

| | | | |
|---|---|---|---|
| | | Aug 27 2022 00:00:43 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14660121 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Aug 27 2022 00:00:37 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14678141 | + Email/Text: bankruptcy@cavps.com | | |
| | | Aug 26 2022 23:57:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14677211 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Aug 26 2022 23:56:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14396497 | + Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | Aug 26 2022 23:57:00 | Credit Collection Services, PO Box 55126, Boston, MA 02205-5126 |
| 14396502 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Aug 27 2022 00:00:46 | Macy's, PO Box 9001094, Louisville, KY 40290 |
| 14682502 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Aug 26 2022 23:56:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14396499 | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Aug 26 2022 23:57:00 | Gettington, PO Box 166, Newark, NJ 07101-0166 |
| 14396500 | + Email/Text: paparalegals@pandf.us | | |
| | | Aug 26 2022 23:57:00 | Gregg Morris, Esquire, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14396495 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Aug 27 2022 00:00:29 | Chase/Best Buy, 800 Brooksedge Blvd., Westerville, OH 43081 |
| 14396501 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Aug 26 2022 23:56:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14686678 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Aug 27 2022 00:00:33 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15047331 | Email/Text: camanagement@mtb.com | | |
| | | Aug 26 2022 23:56:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 14678144 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Aug 26 2022 23:56:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14396505 | + Email/Text: Bankruptcies@nragroup.com | | |
| | | Aug 26 2022 23:57:00 | Meadville Diagnostic, c/o National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 14396506 | Email/Text: mwetherbee@mmchs.org | | |
| | | Aug 26 2022 23:57:00 | Meadville Medical Center, PO Box 6008, Hermitage, PA 16148-1008 |
| 14641119 | Email/PDF: cbp@onemainfinancial.com | | |
| | | Aug 27 2022 00:00:35 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14396510 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Aug 27 2022 00:00:30 | One Main Financial, 281 Norht Street, Meadville, PA 16335-2521 |
| 14396512 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | Aug 26 2022 23:57:00 | PA Liberty Street Emerg Physicians, c/o Transworld Systems Inc, PO Box 15609, Wilmington, DE 19850-5609 |
| 14935360 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Aug 27 2022 00:00:31 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14687682 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Aug 27 2022 00:00:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14398027 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Aug 27 2022 00:00:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14396513 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 27 2022 00:00:31 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14416629 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Aug 26 2022 23:56:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14396516 | | Email/Text: home.cu-collections.272o24@statefarm.com Aug 26 2022 23:56:00 | | State Farm Federal Credit Union, PO Box 853944, Richardson, TX 75085 |
| 14951964 | + | Email/Text: bncmail@w-legal.com Aug 26 2022 23:56:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14396518 | | Email/PDF: gecsedi@recoverycorp.com Aug 27 2022 00:00:37 | | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14396519 | | Email/PDF: gecsedi@recoverycorp.com Aug 27 2022 00:00:43 | | Synchrony Bank/Dick's Sporting Goods, PO Box 530916, Atlanta, GA 30353-0916 |
| 14650443 | + | Email/Text: bncmail@w-legal.com Aug 26 2022 23:56:00 | | TD Bank USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14396520 | + | Email/Text: bncmail@w-legal.com Aug 26 2022 23:56:00 | | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14417354 | + | Email/Text: electronicbkydocs@nelnet.net Aug 26 2022 23:56:00 | | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14396523 | ^ | MEBN Aug 26 2022 23:53:16 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14644566 | + | Email/PDF: ebn_ais@aisinfo.com Aug 27 2022 00:00:33 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14396524 | | Email/PDF: gecsedi@recoverycorp.com Aug 27 2022 00:00:37 | | Wal-Mart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14415261 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com Aug 27 2022 00:00:40 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | | WELLS FARGO BANK, N.A. |
| 14396509 | | OB/GYN Associates of Erie, c/o Commercial Accpetance, PA |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14396525 | * | Wal-Mart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14396515 | ##+ | St. Vincent Institute, 3530 Peach Sreet, Suite LL1, Erie, PA 16508-2768 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2022     Signature:     /s/Gustava Winters

Certificate of Notice    Page 5 of 5

District/off: 0315-1                       User: auto                                     Page 4 of 4
Date Rcvd: Aug 26, 2022                    Form ID: pdf900                                Total Noticed: 61

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Lauren M. Lamb | on behalf of Debtor Kenny E. Morrow julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Tammy L. Morrow julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6